UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**NORRIS, McLAUGHLIN & MARCUS, PA**
Attorneys for the Debtor/Debtor-In-Possession
721 Route 202-206 North
Bridgewater, New Jersey 08807
(908) 722-0700

In Re:

FRITZE LLC,
A Delaware Limited Liability Company,

Debtor.



Chapter 11

Case No. 07-19059 (DHS)

Judge: Hon. Donald H. Steckroth

**ORDER APPROVING THE ABANDONMENT OF CERTAIN ASSETS OF THE DEBTOR LOCATED AT THE DEBTOR'S LEASED PREMISES PURSUANT TO 11 U.S.C. § 554 AND AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365**

The relief set forth on the following page(s) numbered two (2) and three (3) is hereby

**ORDERED.**

10/2/07

**(Page 2)**

Debtor: FRITZE LLC

Case No. 07-19059 (DHS)

Caption of Order: ORDER APPROVING THE ABANDONMENT OF CERTAIN ASSETS OF THE DEBTOR LOCATED AT THE DEBTOR'S LEASED PREMISES PURSUANT TO 11 U.S.C. § 554 AND AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365

---

THIS MATTER having been opened to the Court on the Motion of Fritze LLC, the within debtor and debtor-in-possession (the "Debtor"), by and through its attorneys, Norris, McLaughlin & Marcus, PA, for entry of an order approving the abandonment of certain assets of the Debtor located at the Debtor's leased premises, 1 Chapin Road, Pine Brook, New Jersey (the "Premises"), pursuant to 11 U.S.C. § 554, and authorizing the Debtor to reject certain executory contracts, pursuant to 11 U.S.C. § 365 (the "Motion"); and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and the Court having heard oral argument; and good and sufficient cause existing for entering the within Order;

IT IS ON THIS _____ day of _____, 2007

ORDERED as follows:

1. The Debtor's Motion is granted.

2. Except as to personal property the Debtor intends to use after the September 20, 2007 auction sale of the Debtor's assets, all property of the Debtor unsold during the public auction sale (the "Unsold Property") and remaining on the Premises after the Debtor vacates the Premises, is hereby deemed abandoned by the Debtor pursuant to § 554(a) of the Bankruptcy

**(Page 3)**

Debtor:            FRITZE LLC

Case No.           07-19059 (DHS)

Caption of Order:  ORDER APPROVING THE ABANDONMENT OF CERTAIN ASSETS OF THE DEBTOR LOCATED AT THE DEBTOR'S LEASED PREMISES PURSUANT TO 11 U.S.C. § 554 AND AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365

---

Code as of the date the Debtor vacates the Premises.

3. KeySpan Home Energy Services and/or any other third parties with an ownership interest in the Premises are hereby permitted to dispose of the Unsold Property, ~~after the Debtor vacates the Premises,~~ provided, however such disposal is consistent with non-bankruptcy law.  *DHS*

4. Pursuant to Section 365(a) of the Bankruptcy Code, the Debtor is hereby authorized to reject the Equipment Leases (as defined in the Application) effective as of the entry of this Order. Any claims arising from the rejection of the Equipment Leases shall be filed within thirty (30) days from the date of this Order or the non-debtor parties to the Equipment Leases shall be barred from asserting such claims against the Debtor and its estate.

5. A true copy of this Order shall be served on all parties-in-interest by first class mail within five (5) days of the date hereof.