**D.N.J. LOCAL FORM 9**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY        David Wolff, Trustee v. Wells Fargo et al.
                              Adv. No. 08-03020 DHS

TO: JAMES J. WALDRON, CLERK              CASE NO. 06-17629 DHS
                                         IN RE:   The Bay Ridge Companies, Inc.

CHAPTER 7

**INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY**

__David Wolff__, Trustee proposes to settle an a claim and/or action, the nature of which is described below.

If any creditor or other party in interest has an objection to the settlement, the objection and request for a hearing on such objection shall be in writing, served upon the person named below and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the person named below no later than *(date to be fixed by the Court)*.

In the event an objection is timely filed a hearing thereon will be held on *(date and location of hearing will be supplied by the Court).* October 27, 2009 at 10:00 a.m.

If no objection is filed with the Clerk and served upon the person named below on or before twenty days from the date of this notice, the settlement will be consummated as proposed on or after twenty-five days from the date of this notice.

The nature of action and the terms of the settlement are as follows:

| NATURE OF ACTION | PERTINENT TERMS OF THE SETTLEMENT |
|---|---|
| In re: Adv. No. 08-03020 DHS To invalidate transfer of the Debtor's assets by Defendant, Wells Fargo, the Debtor's secured creditor, to Defendant Marjam Supply Co. The Trustee contends that the Debtor was insolvent at the time of the transfer and that the amount paid by Marjam for the assets was substantially lower than the actual value of the assets. The Trustee proposes to settle its suit solely against Wells Fargo for $20,000. | Wells Fargo will pay $20,000 in cash in consideration for a dimsissal of the adversary proceeding solely against Wells Fargo with prejudice. The case will proceed against Defendant Marjam Supply Co. |

Request for additional information about the nature of the action or the terms of the settlement should be directed to:

NAME:  Richard B. Honig, Esq.
ADDRESS: Hellring Lindeman Goldsetin & Siegal LLP, One Gateway Center, 8th Flr., Newark, NJ 07102
TELEPHONE NO: 973-621-9020

SUBMITTED BY: Richard B. Honig    POSITION: Attorneys for Trustee    PHONE: 973-621-9020
DATED:  9/22/09

[Rev. April 15, 1997]