## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 06–17629–DHS
Chapter: 7
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   The Bay Ridge Companies, Inc.
   101 East 2nd Street
   Bayonne, NJ 07002

Social Security No.:

Employer's Tax I.D. No.:
   22–1855819

## NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY

   David Wolff, Trustee in the above captioned case, proposes to settle an action, the nature of which is described below.

   If any creditor or other party in interest has an objection to the settlement, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below and filed with the Clerk of the United States Bankruptcy Court.

   Such objection and request shall be filed with the Clerk and served upon the person named below no later than October 13, 2009.

   In the event an objection is timely filed a hearing thereon will be held before the Honorable Donald H. Steckroth on:

DATE:           10/27/09
TIME:           10:00 AM
COURTROOM:      3B

   If no objection is filed with the Clerk and served upon the person named below on or before October 13, 2009, the settlement will be consummated as proposed on or after the fifth day following the last day to file objections.

   The nature of the action and the terms of the settlement are as follows:

Nature of the Action:

In re: Adv. Pro. No. 08–3020 DHS To invalidate transfer of the Debtor's assets
by Defendants, Wells Fargo, the Debtor's secured creditor, to Defendant Marjam
Supply Co., The Trustee contens tht the Debtor was insolvent at the time of
the transfer and that the amount paid by Marjam for the assets was
substantially lower than the actual value of the assets. The Trustee proposes
to settle its suit solely against Wells Fargo for $20,200.

Terms of the Settlement:

Wells Fargo will pay $20,000 in cash in consideration for dismissal of the

adversary solely against Wells Fargo with prejudice. The case will proceed against Defendant Marjam Supply Co.

    Requests for information about the nature of the action or the terms of the settlement should be directed to the Trustee at:
David Wolff
Law Offices of David Wolff LLC
396 Route 34
Matawan, NJ 07747
732−566−1189

    or the trustee's attorney (if applicable) at:
Richard Honig
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center
8th Floor
Newark, NJ 07102
(973) 621−9020


Dated: September 24, 2009
JJW:

                                                        James J. Waldron
                                                        Clerk